AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

RAFAEL GARZA IV,

    Plaintiff,

                         v.

CORY MICHAEL BARELLA, MICHAEL LANIER,
GAVIN S. BALLARD and NATHANIEL BRINSON,

    Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:25-cv-131

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that in accordance with the Order entered October 15, 2025, Plaintiff's complaint is dismissed

without prejudice for failure to follow the Court's Order. This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_October 15, 2025_
Date

John E. Triplett, Clerk of Court
Clerk

_Jamie Hodge_
(By) Deputy Clerk

GAS Rev 10/2020